IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| **DAVID LEAL II** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| VS. | § | CIVIL ACTION 5:24-cv-0025 |
| | § | |
| **CITY OF LAREDO, JAMES CANTU,** | § | |
| **JACQUELINE DAVALOS, PEDRO G.** | § | |
| **MALACARA, JOSE ESPINOZA,** | § | |
| **ROBERT MEDINA, ANDRES RODRIGUEZ,** | § | |
| **LAURA MONTEMAYOR, JAVIER DIAZ AND** | § | |
| **MANUEL MACIAS** | § | |
| | § | |
| *Defendants.* | § | |
| | § | |

## NOTICE OF FILING PETITION FOR REMOVAL

**TO:**   Marcel C. Notzon
THE NOTZON LAW FIRM, PLLC
North Town Professional Plaza
6999 McPherson Rd. Ste. 325
Laredo, TX 78041

Please take notice that a verified petition for removal of the above styled and numbered cause from the 111th Judicial District Court of Webb County, Texas to the United States District Court for the Southern District of Texas, Laredo Division was duly filed this date, in the United States District Court for the Southern District of Texas, Laredo Division. Copies of such petition for removal are attached hereto. You are advised that the Defendants herein, upon the filing of the petition for removal and a copy of the petition with the Clerk of this Court will have affected this removal in accordance with 28 U.S.C. 1441(e).

Respectfully submitted,

**LAW OFFICES OF CHARLES S. FRIGERIO**
A Professional Corporation
Riverview Towers
111 Soledad, Suite 465
San Antonio, Texas  78205
(210) 271-7877
(210) 271-0602 Telefax


BY: //s// Charles S. Frigerio
      CHARLES S. FRIGERIO
      SBN:  07477500
      LEAD COUNSEL

      HECTOR X. SAENZ
      SBN: 17514850
ATTORNEYS FOR DEFENDANTS
**CITY OF LAREDO, JAMES CANTU, MANUEL MACIAS, JACQUELINE DAVALOS, PEDRO G. MALACARA, JOSE ESPINOZA, ROBERT MEDINA, ANDRES RODRIGUEZ, LAURA MONTEMAYOR,** and **JAVIER DIAZ**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Defendants **CITY OF LAREDO, ET AL'S** Notice of Removal filed via CM/ECF has been forwarded on this the 5th day of February, 2024 by electronic delivery via CM/ECF to:

Marcel C. Notzon, III
THE NOTZON LAW FIRM, PLLC
North Town Professional Plaza
6999 McPherson Rd. Ste. 325
Laredo, TX 78041
Email: mcn@notzonlawfirm.com
ATTORNEY FOR PLAINTIFF DAVID LEAL II

      //s// Charles S. Frigerio
      CHARLES S. FRIGERIO