IN THE UNITED STATES DISTRCIT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVSION

| | |
|---|---|
| DAVID LEAL II § | |
| § | |
| Plaintiff, § | |
| § | |
| V. § | CIVIL ACTION NO. 5:24-CV-25 |
| § | |
| CITY OF LAREDO, ET AL, § | |
| § | |
| Defendants. § | |

## PLAINTIFF'S AGREED MOTION FOR SETTLEMENT CONFERENCE VIA ZOOM

**TO THE HONORABLE JUDGE OF SAID COURT:**

Plaintiff **David Leal** files this **Agreed Motion for a Settlement Conference** before United States Magistrate Judge Christopher Dos Santos. Plaintiff requests that the settlement conference be conducted via Zoom and scheduled on or before **March 31, 2025** (the court-ordered mediation deadline). In support of this motion, Plaintiff respectfully shows the Court as follows:

1. **Mediation Deadline:** The Court's Scheduling Order in this case requires the parties to complete mediation by March 31, 2025. To comply with this order, Plaintiff seeks a court-supervised settlement conference to be held no later than this date.

2. **Settlement Conference via Zoom:** Plaintiff has conferred with Defendant, and Defendant does not oppose this request. Plaintiff believes that a settlement conference overseen by Magistrate Judge Christopher Dos Santos will be beneficial to a potential resolution of this matter. In the interest of efficiency and convenience, Plaintiff requests that the settlement conference be conducted via Zoom, allowing all participants to attend remotely.

3. **Agreement of Defendant:** Counsel for Plaintiff has conferred with counsel for Defendant, who does not oppose this request. Plaintiff believes that a settlement conference before Judge Dos

Santos will facilitate meaningful settlement discussions and is in the best interest of all parties. This motion is made in good faith and not for purposes of delay.

4. **Request for Scheduling:** Plaintiff respectfully asks that the settlement conference be set on a date and time of the Court's choosing, on or before March 31, 2025, to comply with the mediation deadline. Plaintiff will coordinate with Judge Dos Santos's chambers to confirm a specific date and time for the Zoom conference, subject to the Court's approval. A proposed order accompanies this motion for the Court's convenience.

## CERTIFICATE OF CONFERENCE

5. Counsel for Plaintiff certifies that he conferred with counsel for Defendant regarding this motion. Counsel for Defendant has confirmed that Defendant does not oppose the requested relief. Attached as **Exhibit "A"** is email correspondence evidencing this agreement.

## PRAYER FOR RELIEF

For the foregoing reasons, Plaintiff respectfully prays that the Court grant this Agreed Motion and enter an order setting this case for a settlement conference before Magistrate Judge Christopher Dos Santos, to be conducted via Zoom, on or before March 31, 2025. Plaintiff further requests any other relief to which he may be justly entitled.

                                                          Respectfully submitted,

                                            **THE NOTZON LAW FIRM, PLLC**
6999 McPherson Ave, Suite 325
North Town Professional Plaza
Laredo, Texas 78041
Telephone: (956) 717-1961
Facsimile: (956) 717-2789
*/s/ Alberto Long, III*
**ALBERTO LONG, III**
Texas Bar No. 24120979 Federal Bar No. 3810484
Email: albertolong.esq@gmail.com
— and —

**Craig A. Lawrence**
**Attorney at Law, P.C.**
6999 McPherson Rd, Suite 325 North Town Professional Plaza Laredo, Texas 78041
Telephone: (956) 717-1961
Facsimile: (956) 717-2789
*/s/ Craig A. Lawrence*
**CRAIG A. LAWRENCE**
Texas Bar No. 12033900 Federal Bar No. 620209
Email:craiglawlaredo@sbcglobal.net
**ATTORNEYS FOR PLAINTIFF DAVID LEAL II**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document has been served on this 4th day of March 2025, via Court's ECF System or by United States First Class Mail to the following parties:

**VIA EMAIL: csf@frigeriolawfirm.com**

Charles S. Frigerio Hector X. Saenz
LAW OFFICES OF CHARLES S. FRIGERIO
Riverview Towers
111 Soledad, Suite 840 San Antonio, Texas 78205 Tel:210-271-7877
Fax:210-271-0602
ATTORNEYS FOR DEFENDANT CITY OF LAREDO

*/s/ Alberto Long, III*
ALBERTO LONG, III